IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MICHELLE R. TOLSON | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 07-2181 |
| LINDA SPRINGER, DIRECTOR U.S. OFFICE OF PERSONNEL MANAGEMENT | ) ) ) ) ) ) | |
| Defendant. | ) | |

## PRAECIPE

Defendant respectfully requests that the Clerk of the Court enter the appearance of Assistant United States Attorney Benton G. Peterson.

Respectfully submitted,

_____/s/_____
Benton G. Peterson, Bar No. 1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7238
Benton.Peterson@usdoj.gov