IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHELLE R. TOLSON, } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | Civil Action. No.07-2181(RMC) |
| } | |
| LINDA M. SPRINGER, DIRECTOR, } | |
| U.S. OFFICE OF PERSONNEL } | |
| MANAGEMENT, } | |
| } | |
| Defendant. } | |
| } | |
| _____ } | |

**NOTICE**

      Pursuant to LCvR 5.1, Plaintiff's counsel, Veronica G. Awkard, submits the following as an address change.

      Veronica G. Awkard, Esq.
      1405 Shady Glen Drive
      District Heights, Maryland 20747
      202-863-2060

      Respectfully submitted,

      _____
      Veronica G. Awkard, Bar No. 14454
      1405 Shady Glen Drive
      District Heights, Maryland 20747