UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Michelle R. Tolson,**             ) | |
|                                     ) | |
|         **Plaintiff,**              ) | |
|                                     ) | |
| v.                                  ) | Civil Action No. 07-02181 (RMC) |
|                                     ) | |
| **Linda Springer, Director,**       ) | |
| **U.S. Office of Personnel Management** ) | |
|                                     ) | |
|         **Defendant.**              ) | |
| _____) | |

**NOTICE**

Plaintiff, Michelle Tolson, by and through undersigned counsel, files this notice to advise the Court that Defendant has not complied with it April 14, 2008 instructions to provide Plaintiff with necessary documents.

On April 14, 2008, during a Scheduling Conference, the Court in consideration of the delayed discovery start date in this case, instructed Defendant to turn over to Plaintiff the administrative record and relevant personnel files. Plaintiff and her counsel stated, orally, in Court that Plaintiff's personnel file would be requested and that Plaintiff had on another occasion submitted a request for her personnel file. At the same time, Defendant requested that Plaintiff also be instructed to turn over any related documents in her possession, if she had any such documents. It should be noted that, discovery is delayed in this matter because Defendant's counsel averred that he would be out of town for a couple of weeks in May 2008.

On April 30, 2008, more than two weeks after the Scheduling Conference, Plaintiff contacted Defendant and requested her personnel file and any other related document currently in Defendant's possession, but Defendant has refused such request. See Exhibit 1 and 2. Moreover Plaintiff informed Defendant that she is drafting a Stipulation since there are confidential

documents in Plaintiff's possession, i.e. medical records and that such documents would be forwarded. Id.

On May 2, 2008, Plaintiff's counsel again requested a copy of Plaintiff's personnel file. Again to no avail. Defendant has yet to forward Plaintiff's personnel file to Plaintiff.

In consideration of the above, the Court should clarify its April 14, 2008 instructions to Defendant since Plaintiff requested the personnel files, notwithstanding the fact that the Court instructed Defendant to release Plaintiff's personnel to her.

Respectfully submitted,

/s/
_____
Veronica G. Awkard, Md. Bar No. 14454
1405 Shady Glen Drive
District Heights, Maryland 20747
202-863-2060

/s/
_____
Marian Chou, D.C. Bar No.433279
800 7th Street N.W., Ste 201
Washington, D.C. 20001
202-783-2794

Mr. Peterson: April 29, 2008

Please forward the personnel file for Michelle Tolson and other documents in your possession. In addition, I will prepare a Stipulated Protective Order for additional personnel files, reports, EEO complaints and medical records. I will send it to you on or about the 2nd of May. When are you leaving? Thanks. Veronica Awkard.

Need a new ride? Check out the largest site for U.S. used car listings at **AOL Autos**.

Ms. Awkard,

I am not sure what you mean by "the personnel file for Michelle Tolson and other documents in your possession." Further, as you are aware, the scheduling order only requires, at this point, that the parties "produce to one another the documents that they intend to rely upon outside of the administrative record." Defendant has yet to take a position on what exactly plaintiff is entitled to in this civil case pursuant to the Federal Rules..

To the extent that you are seeking a copy of Ms. Tolson's Official Personnel Folder, as we represented before the Court, Ms. Tolson may of course request a copy of her OPF in person. Should you wish to obtain a copy for her, you should provide written authorization from Ms. Tolson expressly authorizing you to obtain a copy of her OPF on her behalf. Defendant believes that Ms. Tolson has obtained a copy of her "eOPF" during the underlying administrative EEOC proceedings. From what I understand, she may of course obtain additional copies at any time. If I am misunderstanding your request please let me know.

Regarding the error in the scheduling order, while I appreciate your advice, the Court during our Initial Scheduling Conference expressly warned both parties not to file a motion without permission. It may be the case that I will end up filing something anyway because the Court says so. In any event you can either participate when I call or not. If you rather not participate please let me know.

Regards,

**Benton G. Peterson**
Assistant United States Attorney
District of Columbia
555 4th Street, N.W., Room E4905
Washington, DC 20530
(202) 514-7238 phone
(202) 514-8780 fax
<**benton.peterson@usdoj.gov**>

*CONFIDENTIALITY STATEMENT: This electronic communication involves an attorney and may contain information that is confidential and/or attorney-client privileged. If you are not an intended recipient, interception, copying, disclosure or use of confidential communications may be illegal. If you received this message in error, please notify me by reply e-mail and delete this message.*

*Thank you.*

.

**From:** Awkardfelisa@aol.com [mailto:Awkardfelisa@aol.com]
**Sent:** Wednesday, April 30, 2008 6:19 PM
**To:** Peterson, Benton (USADC)
**Subject:** Re: Tolson v. Springer

To address you question regarding amending the complaint, the scheduling order has been issued. At this point, if you seek to change anything, you have to file a motion. Thanks. Veronica.

Need a new ride? Check out the largest site for U.S. used car listings at **AOL Autos**.