UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Michelle R. Tolson,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 07-02181 (RMC) |
| ) | |
| **Linda Springer, Director,** ) | |
| **U.S. Office of Personnel Management** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

Motion for Leave to File Documents Under Seal

Plaintiff by and through undersigned counsel files this motion for leave to place documents covered by the Privacy Act, 5 U.S.C. 552a under seal, pursuant to Local Civil Rule 5.1(e)(1) and in compliance with LCvR5.1. The documents outlined in the attached motion contain privacy information of Defendant employees, agents and officials. Therefore, in the interest of justice, the Court should seal the accompanying documents.

          Respectfully submitted,

          /s/ Veronica G. Awkard
          _____
          Veronica G. Awkard, Bar No. 14454
          1405 Shady Glen Drive
          District Heights, Maryland 20747

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Michelle R. Tolson,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 07-02181 (RMC) |
| | ) |
| **Linda Springer, Director,** | ) |
| **U.S. Office of Personnel Management** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**Motion to Seal Documents**

Plaintiff by and through undersigned counsel files this motion to seal certain personnel documents. Such documents were placed in the custody of Plaintiff and Plaintiff forwarded the documents to this counsel and in the interest of justice, this counsel seeks to have the documents placed in the custody of this Court and sealed and/or protected. *See* Ex A. Counsel represents that pursuant to a bona fide belief such documents are in fact confidential and deserving of protection. *See* Exhibit B.

Moreover, such protected material should be used for the purposes of this litigation and shall not be given, shown, made available, discussed or otherwise communicated in any form to anyone other than: (I) plaintiff and current counsel for plaintiff, and employees associated with current counsel and outside consultants retained by plaintiff to assist such counsel, specifically for purposes of this litigation; (ii) the person to whose privacy interest the Privacy Act and other restrictions are meant to protect with respect to any particular document (e.g., the employee who is the subject of an agency file may be shown such documents and (iii) counsel for defendant and its employees who have a need to review the protected material for the defense of this case, or outside consultants or experts retained by the defendant for the purpose of this litigation.

No other person other than defendant and plaintiff staff and/or consultants working on this instant case shall have access to such material and such material should be used for no other purpose than this litigation.. Within three business days after an Order issued by the Court, Plaintiff shall serve on Defendant counsel copies of the protected documents with redactions of privacy identifiers in accordance with Local Rules. Further use of the documents for trial purposes should be determined by the Court.

Wherefore in consideration of the above, the documents should be sealed and/or protected by an Order of the Court.

Respectfully submitted,

/s/ Veronica G. Awkard

_____
Veronica G. Awkard, Bar No.14454
1405 Shady Glen Drive
District Heights, Maryland 20747
202-863-2060

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Michelle R. Tolson, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Linda Springer, Director, )<br>U.S. Office of Personnel Management )<br>)<br>Defendant. )<br>) | Civil Action No. 07-02181 (RMC) |

**STATEMENT OF DECLARATION**

I, Michelle R. Tolson, Plaintiff in Civil Action No. 07-02181 (RMC), hereby make the following statement freely and voluntarily to the court.

Under penalty of perjury, I, Michelle R. Tolson, the forgoing statements are true and correct to the best of my knowledge.

I hereby declare as follows: In February 2007, after being denied my reasonable accommodation, I went to the Labor and Relations office to obtain copies of the support documentation used by Doctor Bradley to come to his conclusion. I spoke with Ms. Patricia Jackson made a request to see the documents that the document used to make his determination. The same paper was submitted back in October of 2006 and Dr. Bradley certified my accommodation.

Ms. Jackson provided me with my folder dealing the Medical Reasonable

Ex 1

Accommodations and stated I could Xerox anything I needed from the folder. I made copies of all documents in my file and returned the file to Ms. Jackson.

On or around March of 2007, I received a sealed envelope in the union office that stated for "Michelle Tolson's Eyes ONLY". When I open the package it had documents that dealt with my complaint against the agency for hostile work environment. I have turned these documents over to my Attorney Veronica Awkard, who will be turning them over to the court under seal.


_____                  _7/21/08_____
Michelle R. Tolson, Plaintiff                                   Date:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Michelle R. Tolson, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-02181 (RMC) |
| ) | |
| Linda Springer, Director, ) | |
| U.S. Office of Personnel Management ) | |
| ) | |
| Defendant. ) | |

## DOCUMENTS UNDER SEAL

Designated OPM Documents Covered by Privacy Act, 5 U.S.C. § 552a

1.  Offense/Incident Report, dated 07/18/08
2.  Incident report, undated
3.  Statement re an incident, May 29th 2003
4.  OPM General Counsel Emails dte August 01, 2006/July 31, 2006
5.  Email re investigation, date July 20, 2006
6.  Incident Report alleging violation of TRO, 07/12/07
7.  OPM General Counsel email dated July 20, 2006
8.  OPM General Counsel email dated July 31, 2006
9.  Email dated July 31, 2006 re workplace safety
10. SOG Report re incident
11. Statement of incident, September 1, 2005
12. SOG Report of incident, 5/28/06
13. Incident Report of Threat, 5/28/06
14. Incident Report of Physical Threat, 6/28/06
15. Statement w/diagram, May 29, 2003
16. OPM Incident Report, 4/02/2003
17. Incident Report, 06/27/06
18. Email re incident at OPM, October 23, 2003
19. OPM Incident Report, September 02, 2005

Ex 2

20. Crime Report, 07/09/03
21. Report of Case, 07/09/03
22. Offense Report, 06/29/06
23. Offense Report, 07/09/03
24. OPM Officers Log, 05/23/05
25. Email, unsafe work environment, July 20, 2006
26. Memorandum, undated w/marginal edits
27. Emails, August 30, 2006, 3 pages
28. Emails, July 27, 2006, 3 pages
29. OPM General Counsel emails, 7/26/06
30. Statement, 4/09/2003
31. Statement, April 8, 2003
32. Email date July 10, 2006
33. Email re December 16, 2004 incident
34. Incident Report re Verbal Abuse. September 05, 2005
35. Incident Report, undated
36. Incident Report, re June 29, 2006
37. Statement re April 8th 2003
38. Email re October 23, 2003 incident
39. OPM Medical Report, October 25, 2006, 2 pages
40. OPM Medical Report, March 12, 2007
41. Email re Bottle Incident, 10/23/06

Respectfully submitted,

Veronica G. Awkard, Md Bar No. 14454
1405 Shady Glen Drive
District Heights, Maryland 20747