UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Michelle R. Tollon,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 07-02181 (RMC) |
| ) | |
| **Linda Springer, Director,** ) | |
| **U.S. Office of Personnel Management** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

  Pursuant to Federal Rules of Civil Procedure 6(b), Plaintiff, by and through, undersigned counsel files this unopposed motion for an enlargement of time since discovery closes on July 28,

2008, and defendant has not provided adequate responses to Plaintiff's First Request for

Interrogatories and Request for Production of Documents.

  Defendant's responses to Plaintiff's Request for Interrogatories and Request for Production

of Documents were due on July 6, 2008.  Plaintiff contacted Defendant on or about July 10, 2008

regarding its responses and Defendant's counsel indicated that additional time was needed for the

responses since Agency's counsel had death in her family.  In consideration, Plaintiff agreed to an

additional week, July 16, 2008, for the discovery responses.  On or about July 22, 2008, Plaintiff

contacted Defendant's counsel about the nonreceipt of Defendant's responses to Plaintiff's discovery

and Defendant stated that Defendant's responses will be provided to Plaintiff on July 23, 2008 at a

scheduled deposition.

After reviewing Defendant's responses to Plaintiff's discovery, Plaintiff objected to the inadequate and nonresponsive answers to Plaintiff's discovery.  Defendant's counsel indicated that he would not be able to address the issues regarding Plaintiff's discovery request until July 25, 2008.  On July 25, 2008, Plaintiff was unable to reach Defendant's counsel by phone to discuss Defendant's inadequate responses to Plaintiff First Set of Interrogatories and Request for Production of Document. On July 28, 2008, Plaintiff contacted Defendant counsel in an effort to resolve the issues regarding Defendant's nonresponsive discovery answers.  Defendant's counsel indicated that he was working with the Agency to resolve these discovery issues and that additional time was needed.

Therefore, Plaintiff is requesting an enlargement of time, not later than August 1, 2008 at 4:00 pm, for Defendant to provide Plaintiff with responsive answers to Plaintiff's First Set of Interrogatories and Request for Production of Documents. If Defendant's responses continue to be inadequate, Plaintiff requests that the parties be allowed to present this discovery issue before the court, by telephone or in person.

WHEREFORE, in consideration of the above, Plaintiff's motion should be granted.

Respectfully submitted,

_____
Veronica G. Awkard, MD Bar No.12
1405 Shady Glen Drive
District Heights, Maryland 20747
202-863-2060

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Michelle R. Tollon,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Civil Action No. 07-02181 (RMC) |
| | ) |
| **Linda Springer, Director,** | ) |
| **U.S. Office of Personnel Management** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

ORDER

UPON CONSIDERATION of Plaintiff's Motion for an Enlargement of Time and for good

cause shown, it is this_____ day of July 2008,

ORDERED, that Plaintiff's motion should be and is hereby granted and that the Parties are

notified that if Plaintiff has not received adequate discovery responses by August 1, 2008, 4:00 p.m.

the parties will discuss the matter further in a telephonic conversation with the Court on the same

day, August 1, 2008, at 4:30 pm.

                                                                        _____
                                                                         United States District Court Judge