**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Michelle R. Tolson,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 07-02181 (RMC)** |
| ) | |
| **Linda Springer, Director,** ) | |
| **U.S. Office of Personnel Management** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

ORDER

UPON CONSIDERATION of Plaintiff's motion to seal document and in consideration of the record, and for good cause, it is this _____ day of July 2008,

ORDERED, that the records are to be sealed or that the records are protected and are to be used only for purposes of this instant action.

_____
United States District Court Judge