# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Michelle R. Tolson,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 07-02181 (RMC)** |
| ) | |
| **Linda Springer, Director,** ) | |
| **U.S. Office of Personnel Management** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

Plaintiff files this motion for protective order requesting that the court enter an order restricting the use of the attached documents to this litigation only. Exhibit 2. The documents were placed in Plaintiff's custody and are considered to be Agency documents. Therefore, said documents should be handled in accordance with the following.

Counsel for plaintiff will release said documents to Defendant as they appear to be Defendant's documents and are protected under the Privacy Act. Either party having access to the protected documents under the court's order shall use the information only for preparation and trial of this litigation (including appeals or retrials), and shall not use such information for any other purpose, including business, governmental, commercial, or administrative or judicial proceedings. Use of such documents by the parties for purposes of litigation shall be in accordance with the Local Rules of the Court as to protect the privacy of personal information contained in the documents..

WHEREFORE, in consideration of the foregoing Plaintiff motion the Court should

restrict the use of the attached documents for no other purposes than preparation and litigation of this instant case.

                                                                           Respectfully submitted,

_____
Veronica G. Awkard, MD Bar 14454
1405 Shady Glen Drive
District Heights, Maryland 20747
202-863-2060

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Michelle R. Tolson, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>v. )<br>)<br>Linda Springer, Director, )<br>U.S. Office of Personnel Management )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 07-02181 (RMC) |

## DOCUMENTS UNDER SEAL

Designated OPM Documents Covered by Privacy Act, 5 U.S.C. § 552a

1. Offense/Incident Report, dated 07/18/08
2. Incident report, undated
3. Statement re an incident, May 29th 2003
4. OPM General Counsel Emails dte August 01, 2006/July 31, 2006
5. Email re investigation, date July 20, 2006
6. Incident Report alleging violation of TRO, 07/12/07
7. OPM General Counsel email dated July 20, 2006
8. OPM General Counsel email dated July 31, 2006
9. Email dated July 31, 2006 re workplace safety
10. SOG Report re incident
11. Statement of incident, September 1, 2005
12. SOG Report of incident, 5/28/06
13. Incident Report of Threat, 5/28/06
14. Incident Report of Physical Threat, 6/28/06
15. Statement w/diagram, May 29, 2003
16. OPM Incident Report, 4/02/2003
17. Incident Report, 06/27/06
18. Email re incident at OPM, October 23, 2003
19. OPM Incident Report, September 02, 2005

Ex 2

20. Crime Report, 07/09/03
21. Report of Case, 07/09/03
22. Offense Report, 06/29/06
23. Offense Report, 07/09/03
24. OPM Officers Log, 05/23/05
25. Email, unsafe work environment, July 20, 2006
26. Memorandum, undated w/marginal edits
27. Emails, August 30, 2006, 3 pages
28. Emails, July 27, 2006, 3 pages
29. OPM General Counsel emails, 7/26/06
30. Statement, 4/09/2003
31. Statement, April 8, 2003
32. Email date July 10, 2006
33. Email re December 16, 2004 incident
34. Incident Report re Verbal Abuse. September 05, 2005
35. Incident Report, undated
36. Incident Report, re June 29, 2006
37. Statement re April 8th 2003
38. Email re October 23, 2003 incident
39. OPM Medical Report, October 25, 2006, 2 pages
40. OPM Medical Report, March 12, 2007
41. Email re Bottle Incident, 10/23/06

Respectfully submitted,

_[signature]_

Veronica G. Awkard, Md Bar No. 14454
1405 Shady Glen Drive
District Heights, Maryland 20747

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Michelle R. Tolson,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Civil Action No. 07-02181 (RMC) |
| **Linda Springer, Director,** | ) | |
| **U.S. Office of Personnel Management** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

ORDER

UPON CONSIDERATION of Plaintiff's motion for protective order and in consideration of the record, and for good cause, it is this _____ day of July 2008,

ORDERED, that the documents identified in Plaintiff's Exhibit 1 attached to the motion are to be used by the Parties for no other purpose than preparation and litigation of the instant case and that in order to protect the privacy of the persons named in the documents, parties shall follow the Locals Rules of this Court.

_____
United States District Court Judge