UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Michelle R. Tolson,** )<br>**Plaintiff,** )<br>**v.** )<br>**Linda Springer, Director,** )<br>**U.S. Office of Personnel Management** )<br>)<br>**Defendant.** )<br>_____ ) | **Civil Action No. 07-02181 (RMC)** |

NOTICE TO COURT

Plaintiff, by and through counsel, gives notice that she filed a motion for protective order on July 30, 2008, and that she made an effort to contact Defendant by telephone to seek consent and/or position as related to the motion and Defendant was not available.

Respectfully submitted,

_____
Veronica G. Awkard, MD Bar No. 14454
1405 Shady Glen Drive
District Heights, Maryland 20747