UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHELLE R. TOLSON,**                         ) <br> ) <br> **Plaintiff,**                         ) <br> ) <br> v.                         ) <br> ) <br> **LINDA SPRINGER, Director, Office of**       ) <br> **Personnel Management,**                         ) <br> ) <br> **Defendant.**                         ) <br> ) | Civil Action No. 07-2181 (RMC) |

**PROTECTIVE ORDER**

Pursuant to Plaintiff's motion for protective order [Dkt. # 12] and for good cause shown, it is hereby **ORDERED** as follows:

Plaintiff's motion for protective order [Dkt. # 12] is **GRANTED**; and it is

**FURTHER ORDERED** that the documents identified in Exhibit 1 to Plaintiff's motion for protective order shall be used by the parties to this litigation only for preparation and trial of this case, including all appeals and/or retrials, and shall not be used for any other purpose, including business, governmental, commercial, administrative, or judicial proceedings, without order of the court. Use of such documents by the parties shall be in accordance with the Local Rules in order to protect the privacy of personal information contained in the documents.

**SO ORDERED.**

Date: August 8, 2008

/s/
ROSEMARY M. COLLYER
United States District Judge