UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Michelle R. Tolson, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-02181 (RMC) |
| | ) | |
| Linda Springer, Director, | ) | |
| U.S. Office of Personnel Management, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DEFENDANT'S CONSENT MOTION
TO REOPEN DISCOVERY AND EXTEND DEADLINES**

Pursuant to Fed. R. Civ. P. 6(b), Defendant, U.S. Office of Personnel Management,
through counsel, and after consultation with the Court's clerk, respectfully requests that the Court
reopen discovery for the sole purpose of allowing the parties time to resolve or narrow the
remaining discovery disputes.  Defendant believes that all remaining discovery disputes between
the parties can be resolved or narrowed by August 21, 2008.    In support of this motion,
Defendant respectfully states as follows:

1. Pursuant to the Court's Scheduling Order discovery in this matter ended July 28, 2008.  On
July 28, 2008 plaintiff filed a motion to extend discovery to August 1, 2008.  Due to unforseen
circumstances revolving around agency counsel's family emergency and pre-arranged vacation
dates of undersigned counsel, all of the issues concerning discovery were not fully resolved by
August 1, 2008.

2. Initially the parties were prepared to hold a telephone conference with the Court concerning the remaining discovery issues, however, after discussion the parties agreed that it is possible to resolve all or most of the remaining discovery issues.

3.  In accordance with that recognition and accord, the parties have agreed to work cooperatively to resolve the remaining issues by August 21, 2008.

4. As a result, defendant requests that the post discovery scheduling conference be rescheduled to a date, convenient to the Court's schedule, after August 21, 2008 and that the deadline for dispositive motions be moved to twenty-one  days[1] after the post-discovery scheduling conference.

5.  The parties have made diligent efforts to complete discovery in a timely manner, however, due to a confluence of occurrences, the parties request that discovery be reopened and extended for this brief amount of time.  Because no trial date has been set, the requested extension of discovery and the attendant deadlines will not materially delay the resolution of this matter.

6. Plaintiff has consented  to the relief sought in this motion regarding reopening discovery.[2]

        Wherefore, for all of the foregoing reasons, Defendant respectfully requests that the Court

---

[1]This time is suggested by defendant in an abundance of caution estimating future dates of scheduled leave by agency counsel thereby possibly preempting any future requests for extension.

[2]Despite defendant's efforts to re-contact plaintiff concerning the post-discovery status conference and dispositive motion dates defendant has been unable to re-contact plaintiff.

reopen discovery for an additional period, to August 21, 2001, for the sole purpose of allowing

the parties to attempt to resolve or narrow the remaining discovery issues, and move the post-

discovery conference and dispositive motion deadline accordingly.


Respectfully Submitted,


_____

 JEFFREY A. TAYLOR, BAR # 498610
United States Attorney


_____

RUDOLPH  CONTRERAS, Bar # 434122
Assistant United States Attorney


_____/s_____
BENTON G. PETERSON,  Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. Civil Division
Washington, D.C.  20530
(202) 514-7238 514-8780 (Facsimile)
 Benton.Peterson@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Michelle R. Tolson, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-02181 (RMC) |
| | ) | |
| Linda Springer, Director, | ) | |
| U.S. Office of Personnel Management, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER**

UPON CONSIDERATION of the Defendant's Consent Motion to Reopen Discovery and

Extend Deadlines to File Dispositive Motions, it is this _____ day of August, 2008  hereby

ORDERED, that the Consent Motion is granted, it is further

ORDERED, that the discovery period shall be re-opened and extended until August 21, 2008, for

the sole purpose of resolving the remaining issues concerning discovery and it is further

ORDERED, that the post-discovery status conference be held on _____ 2008, at

_____ and it is further

ORDERED that  dispositive motions are due by_____, with oppositions due

_____ and replies, if any due _____.


_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Michelle R. Tolson, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-02181 (RMC) |
| | ) | |
| Linda Springer, Director, | ) | |
| U.S. Office of Personnel Management, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER**

UPON CONSIDERATION of the Defendant's Consent Motion to Reopen Discovery and

Extend Deadlines to File Dispositive Motions, it is this _____ day of August, 2008  hereby

ORDERED, that the Consent Motion is granted, it is further

ORDERED, that the discovery period shall be re-opened and extended until August 21, 2008, for

the sole purpose of resolving the remaining issues concerning discovery and it is further

ORDERED, that the post-discovery status conference be held on _____ 2008, at

_____ and it is further

ORDERED that  dispositive motions are due by_____, with oppositions due

_____ and replies, if any due _____.


_____
UNITED STATES DISTRICT JUDGE