## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Michelle R. Tolson,** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**Linda Springer, Director,** )<br>**U.S. Office of Personnel Management** )<br>)<br>**Defendant.** )<br>_____ ) | **Civil Action No. 07-02181 (RMC)** |

### PLAINTIFF'S OPPOSITION TO CONSENT MOTION

Plaintiff files this opposition to a consent motion filed by Defendant and states that Defendant is mistaken in its consent motion to reopen discovery and extend deadlines. Plaintiff never agreed nor consented to a motion to extend deadlines as indicated by the motion filed by Defendant.

On Wednesday, July 23, 2008, after receiving Defendant's responses to Plaintiff's First Set of Interrogatories and Request for Documents, Plaintiff notified Defendant that Defendant had not responded to some of Plaintiff questions and that certain of the responses to Plaintiff's questions were inadequate. In response Defendant promised to discuss and address this matter with Plaintiff on July 25, 2008.

On July 25, 2008, Plaintiff made several efforts to contact Defendant to no avail. Therefore, on the same day, Plaintiff outlined and submitted by email to Defendant a memorandum outlining her objections to Defendant's interrogatories and identifying the nonresponsive and inadequate responses.[1]

On July 28, 2008, Plaintiff made contact with Defendant and Defendant promised that adequate responses would be provided to Plaintiff 's First Set of Interrogatories and Request for Production of Documents within one week, since Defendant's counsel had again a "family emergency." Plaintiff in an effort resolve this matter between the parties, agreed to the one week request and filed a motion requesting that the Court extend discovery until Friday August 1, 2008.

However, on August 1, 2008, Plaintiff contacted Defendant by phone several times and

---

[1] Defendant response to Plaintiff First Set of Discovery was due on July 6, 2008, and because of Defendant's "family emergency," Plaintiff agreed to an extension of time to until June 16, 2008, for Defendant to file responses to Plaintiff's First Set of Interrogatories and Request for Production of Documents. Nevertheless, Defendant still did not provide its responses to Plaintiff's First Set of Discovery, and after again contacting Defendant on or about 21, 2008, Defendant indicated that responses to Plaintiff First Set of Discovery would be provided on July 23, 2008. On July 23, 2008, Plaintiff was provided with Defendant's responses to her First Set of Discovery, which were non responsive and inadequate.

there was no response. Then on the same day, Plaintiff sent Defendant an email and Plaintiff received a return reply indicating that Defendant's counsel was out of the office.[2] Therefore, Plaintiff called the Court to arrange for a scheduled conference between the parties and the date was set for August 8, 2008. Plaintiff sent Defendant an email notification of the date and time for the conference with the Court. On August 8, 2008, prior to the conference, Plaintiff called Defendant and he indicated that Plaintiff would receive responsive answers to her First Set of discovery not later than August 21, 2008, therefore, Plaintiff agreed again to make an effort to resolve this matter with Defendant and notified the Court that the parties were again going to work the matters out between themselves. Plaintiff only agreed to extend discovery until August 21, 2008, for the purposes of allowing Defendant to provide responsive information and documents to Plaintiff First Set of Interrogatories and Request for Production of Documents as outlined in her memorandum sent to Defendant on July 25, 2008.

   Therefore, in consideration of the above, Plaintiff foresees no reason reset the already agreed upon dates.

                  Respectfully submitted,

                  _____
                  Veronica G. Awkard MD Bar No. 14454
                  1405 Shady Glen Drive
                  District Heights, Maryland 20747
                  202-863-2060

August 11, 2008

---

Prior to August 1, 2008, Defendant's counsel made no mention of a scheduled vacation.